## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| Connie Pennington, on behalf of herself and a class of similarly situated, | **Case No.:** 19-cv-937-MHW-KAJ |
| Plaintiff, | **Plaintiff's Notice of Voluntary Dismissal of Action** |
| v. | |
| Communications Workers of America, Local 4502, and the City of Columbus, | |
| Defendants. | |

Plaintiff Connie Pennington hereby provides notice that she voluntarily dismisses, with prejudice, the above action against all Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: May 07, 2019.

/s/  Donald C. Brey
Donald C. Brey
Taft Stettinius & Hollister LLP
65 E. State Street, Suite 100
Columbus, Ohio 43125
Tel (614) 334-6105
dbrey@taftlaw.com

*Trial Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this May 07, 2019, Plaintiff's Notice of Voluntary Dismissal was filed electronically. Notice of this filing will be sent to all parties via operation of the Court's electronic filing system.

/s/ Donald C. Brey
Donald C. Brey

*An attorney for the Plaintiff*